James D. Veltrop
Jeremy C. Lowe
AXINN, VELTROP & HARKRIDER LLP
90 State House Square
Hartford, CT 06103
Tel: (860) 275-8100

James P. Doyle
AXINN, VELTROP & HARKRIDER LLP
114 West 47th Street
New York, NY 10036
Tel: (212) 728-2200

*Attorneys for Plaintiff*
PRODUCTION RESOURCE GROUP,
L.L.C.

FILED
JUL 15 2008
USDC WP SDNY

08 CIV. 6333

JUDGE KARAS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PRODUCTION RESOURCE GROUP, L.L.C., <br><br> Plaintiff, <br><br> v. <br><br> MARTIN PROFESSIONAL, A/S and MARTIN PROFESSIONAL, INC., <br><br> Defendants. | Civil Action No. _____ <br><br> RULE 7.1(a) CORPORATE DISCLOSURE STATEMENT |

### PLAINTIFF'S RULE 7.1(a) CORPORATE DISCLOSURE STATEMENT

Plaintiff Production Resource Group, L.L.C., by and through its undersigned counsel, hereby submits its Corporate Disclosure Statement pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure and states as follows:

(1)    Production Resource Group, Inc. is the parent corporation of Plaintiff Production Resource Group, L.L.C.;

(2)   PRG Holdings, L.L.C. owns 100% of Production Resource Group, Inc.;

(3)   Resolute Fund II owns 65% of PRG Holdings, L.L.C.; and

(4)   No publicly held company owns 10% or more of the stock of Production Resource Group, L.L.C.


Dated: July 15, 2008              Respectfully submitted,

                                  _____
                                  James D. Veltrop
                                  Jeremy C. Lowe
                                  AXINN, VELTROP & HARKRIDER LLP
                                  90 State House Square
                                  Hartford, CT 06103
                                  Tel: (860) 275-8100
                                  Fax: (860) 275-8101

                                  James P. Doyle
                                  AXINN, VELTROP & HARKRIDER LLP
                                  114 West 47th Street
                                  New York, NY 10036
                                  Tel: (212) 728-2200
                                  Fax: (212) 728-2201


                                  *Attorneys for Plaintiff*
                                  PRODUCTION RESOURCE GROUP, L.L.C.

2