SKADDEN ARPS SLATE
 MEAGHER & FLOM LLP
Douglas R. Nemec (DN0511)
Four Times Square
New York, NY 10036
Tel: (212) 735-3000

Counsel for Defendants,
Martin Professional, A/S, and
Martin Professional, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



| PRODUCTION RESOURCE GROUP, L.L.C, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| - against - | ) | 08 Civ. 6333 (KMK) |
| MARTIN PROFESSIONAL, A/S and MARTIN PROFESSIONAL, INC., | ) | RULE 7.1(a) CORPORATE DISCLOSURE STATEMENT |
| Defendants. | ) | |

Defendant Martin Professional, Inc. hereby submits its Corporate Disclosure Statement Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure. Martin Professional, Inc. is 100 percent owned by Martin Professional A/S, and Martin Professional A/S is 100 percent owned by Schouw and Company.

Dated: New York, New York
      August 15, 2008

Respectfully submitted,

_____
Douglas R. Nemec (DN0511)
(douglas.nemec@skadden.com)
SKADDEN ARPS SLATE
  MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
Tel: (212) 735-3000
Fax: (212) 735-2000

Counsel for Defendants,
Martin Professional, A/S, and
Martin Professional, Inc.