SKADDEN ARPS SLATE
  MEAGHER & FLOM LLP
Douglas R. Nemec (DN0511)
Four Times Square
New York, NY 10036
Tel: (212) 735-3000

Counsel for Defendants,
Martin Professional, A/S, and
Martin Professional, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PRODUCTION RESOURCE GROUP, L.L.C, )<br>)<br>Plaintiff, )<br>)<br>- against - )<br>)<br>MARTIN PROFESSIONAL, A/S and )<br>MARTIN PROFESSIONAL, INC., )<br>)<br>Defendants. )<br>)<br>) | 08 Civ. 6333 (KMK)<br><br>NOTICE OF APPEARANCE |

    Please take notice that the undersigned, of the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, is hereby entering an appearance as counsel of record for Martin Professional A/S and Martin Professional, Inc., defendants.

Respectfully submitted,

Dated: New York, New York
August 15, 2008

_____
Douglas R. Nemec (DN0511)
(douglas.nemec@skadden.com)
SKADDEN ARPS SLATE
 MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
Tel: (212) 735-3000
Fax: (212) 735-2000

Counsel for Defendants,
Martin Professional, A/S, and
Martin Professional, Inc.

2