James D. Veltrop
AXINN, VELTROP & HARKRIDER LLP
90 State House Square
Hartford, CT 06103
Tel: (860) 275-8100

James P. Doyle
AXINN, VELTROP & HARKRIDER LLP
114 West 47th Street
New York, NY 10036
Tel: (212) 728-2200

*Attorneys for Plaintiff*
PRODUCTION RESOURCE GROUP,
L.L.C.

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PRODUCTION RESOURCE GROUP, L.L.C., <br><br> Plaintiff, <br><br> v. <br><br> MARTIN PROFESSIONAL, A/S and MARTIN PROFESSIONAL, INC., <br><br> Defendants. | Civil Action No. 08-cv-6333(KMK) <br><br> **NOTICE OF APPEARANCE** |

Please take notice that the undersigned, of the law firm of Axinn Veltrop & Harkrider LLP, hereby enters an appearance as counsel of record for Plaintiff, Production Resource Group, LLC.

Dated: August 27, 2008                Respectfully submitted,

/s/ James D. Veltrop
_____
James D. Veltrop
AXINN, VELTROP & HARKRIDER LLP
90 State House Square
Hartford, CT 06103
jdv@avhlaw.com
Tel: (860) 275-8100
Fax: (860) 275-8101

James P. Doyle
AXINN, VELTROP & HARKRIDER LLP
114 West 47th Street
New York, NY 10036
jpd@avhlaw.com
Tel: (212) 728-2200
Fax: (212) 728-2201

*Attorneys for Plaintiff*
PRODUCTION RESOURCE GROUP, L.L.C.